Nos. 25-2162 & 25-2357

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

MAHMOUD KHALIL,

Petitioner-Appellee,

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; ATTORNEY GENERAL UNITED STATES OF AMERICA,

Respondents-Appellants.

On Appeal from the United States District Court
for the District of New Jersey, No. 25-1963 (MEF) (MAH)

## JOINT MOTION TO ENLARGE THE PARTIES' BRIEFS

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | AUGUST E. FLENTJE<br>Special Counsel for Immigration Litigation |
| YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General | ALANNA T. DUONG<br>DHRUMAN Y. SAMPAT<br>Senior Litigation Counsel |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | |

Respondents-Appellants ("the Government") and Petitioner-Appellee ("Petitioner") (collectively "the Parties") respectfully move, pursuant to Federal Rule of Appellate Procedure 32, for leave to file enlarged briefs. Specifically, the Parties request an additional 3000 words per side. The Government seeks to enlarge the word count for its opening and reply briefs by 1,500 words each. Petitioner seeks to enlarge the word count for his answering brief by 3,000 words. An enlargement is necessary for the following reasons.

There are three orders subject to this appeal: (1) the district court's order dated June 11, 2025, granting Petitioner preliminary injunction motion and enjoining the Government from seeking to remove and detain him based on the Secretary of State's memorandum; (2) the district court's order dated June 20, 2025, releasing Petitioner from custody; and (3) the district court's order dated July 17, 2025, requiring the immigration judge to reopen immigration proceedings and vacate her merits decision. These orders on appeal are based on a series of separate opinions addressing numerous significant issues (including multiple jurisdictional issues) that collectively make up hundreds of pages. *See, e.g.*, Dist. Ct. ECF Nos. 214 (108-page opinion on jurisdiction); 272 (106-page opinion on due process challenge); 330 (75-page transcript providing oral opinion on release). An enlargement of the briefs is necessary for each side to address adequately the complex history and issues involved in this case and address the district court's voluminous reasoning in its opinions.

On August 15, 2025, the Parties agreed that the complexity and importance of the issues before this Court warrant the filing of oversized briefs and then agreed to the proposed arrangement above.

## CONCLUSION

For these reasons stated above, the Parties jointly and respectfully request that the Court grant leave to file oversized briefs containing an additional 3,000 words each for the Government (enlargement of 1,500 words for each brief) and Petitioner (enlargement of 3,000 words for answering brief).

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney<br>   General<br><br>DREW C. ENSIGN<br>Deputy Assistant Attorney General<br><br>AUGUST E. FLENTJE<br>Special Counsel for Immigration<br>   Litigation<br><br>ALANNA T. DUONG<br>Senior Litigation Counsel | *s/Dhruman Y. Sampat*<br>DHRUMAN Y. SAMPAT<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Dept. Justice<br>PO Box 878, Ben Franklin Station<br>Washington, D.C. 20044<br><br><br>August 15, 2025<br><br>Attorneys for Respondents-Appellants |

AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION
Jeanne LoCicero
Farrin R. Anello
Liza Weisberg
Molly K.C. Linhorst
570 Broad Street, 11th Floor
Newark, New Jersey 07102
973-854-1715

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
Amy Belsher*
Robert Hodgson*
Veronica Salama*
Molly Biklen*
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Omar Jadwat
Noor Zafar*
Sidra Mahfooz*
Michael K.T. Tan*
Brian Hauss*
Esha Bhandari*
Vera Eidelman*
Tyler Takemoto*
Brett Max Kaufman*
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500

/s/ *Baher Azmy*
(with permission)
CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
Ramzi Kassem*
Naz Ahmad
Mudassar Toppa*
Shezza Abboushi Dallal*
CUNY School of Law
2 Court Square
Long Island City, NY 11101
Tel: (718) 340-4558

CENTER FOR CONSTITUTIONAL RIGHTS
Baher Azmy
Samah Sisay*
Diala Shamas*
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

WASHINGTON SQUARE LEGAL SERVICES, INC.
Alina Das*
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6430

DRATEL & LEWIS
Amy E. Greer
29 Broadway, Suite 1412
New York, NY 10006
Tel: (212) 732-8805
Fax: (212) 571-3792

VAN DER HOUT LLP
Marc Van Der Hout (CA Bar #80778)*
Johnny Sinodis (CA Bar #290402)*
Oona Cahill (CA Bar #354525)*

1

                                          360 Post St., Suite 800
                                          San Francisco, CA 94108
                                          Tel: (415) 981-3000
*\* Appearing Pro hac vice*                  Fax: (415) 981-3003

                                          *Counsel for Petitioner*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) and 32(g) because it was prepared using Garamond type, is double-spaced, has 10.5 or fewer characters per inch; and contains 331 words, excluding the parts exempted by Fed. R. App. P. 32(f).

/s/ Dhruman Y. Sampat
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
U.S. Department of Justice

August 15, 2025                    Attorney for Respondents-Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Third Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Dhruman Y. Sampat
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
U.S. Department of Justice