# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

**MAHMOUD KHALIL,**

*Petitioner-Appellee*

v.

**DONALD J. TRUMP, ET AL.,**

*Respondents-Appellants*

_____

ON APPEAL FROM THE U.S. DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, NO. 25-1963 (MEF) (MAH)
_____

**MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE*
INTERNATIONAL LAW PROFESSORS, SCHOLARS, AND
PRACTITIONERS**

| | |
|---|---|
| Sarah H. Paoletti* | Paul L. Hoffman |
|   * *Counsel of Record* | 200 Pier Ave, Suite 226 |
| Transnational Legal Clinic | Hermosa Beach, CA 90254 |
| University of Pennsylvania | T: (424) 297-0114 |
| Carey School of Law | |
| 3501 Sansom Street | |
| Philadelphia, PA 19104 | |
| T: (215) 898-8427 | |
| paoletti@law.upenn.edu | |
| (In her individual capacity) | |

*Counsel for Amici Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, counsel for Amici certify that Amici Curiae are all individuals appearing in their individual capacity, and are not corporations with a parent corporation, or corporations owned by a publicly held corporation.

# MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE* INTERNATIONAL LAW PROFESSORS, SCHOLARS, AND PRACTITIONERS IN SUPPORT OF PETITIONER-APPELLEE

Prospective *amici curiae*, international law professors, scholars, and practitioners, listed in full below, respectfully move this honorable Third Circuit Court of Appeals for leave to file a brief *amicus curiae* in support of Petitioner-Appellee in the above-captioned proceeding pursuant to Fed. R. App. Proc. (29)(2). Counsel for Petitioners and Respondents have consented to the filing of this *amicus curiae* brief.

## INTEREST OF *AMICI CURIAE*

*Amici curiae* are international law and human rights professors, scholars, and practitioners. *Amici* respectfully submit this brief to provide the Court with an analysis of the international legal frameworks applicable to this case, in particular the human rights to freedom of opinion, expression, association, and assembly.

The analysis contained in this brief is relevant to the outcome of the case and wholly distinct from the legal analysis presented by the parties, as it focuses on international legal standards. In particular, it explains the content of the right to freedom of opinion, and how that right may not be restricted under any circumstances. It also explains the content of the rights to freedom of expression, association, and assembly, and how restrictions on those rights are permissible only when clearly and

predictably provided by law, necessary and proportionate to serve a legitimate purpose, and non-discriminatory.

*Amici* have a strong interest in the outcome of this case and its impacts on human rights in the United States and globally. *Amici* believe that restrictions on fundamental rights in the United States could set a dangerous precedent that undermines the enjoyment of human rights worldwide.

## LIST OF PROSPECTIVE *AMICI CURIAE*[1]

**E. Tendayi Achiume**
Professor of Law, Stanford University
Former United Nations Special Rapporteur on Contemporary forms of Racism, Racial Discrimination, Xenophobia and Related Intolerance

**Rabiat Akande**
Wilson H. Elkins Chair and Associate Professor
University of Maryland Carey School of Law

**Susan M. Akram**
Clinical Professor and Director
International Human Rights Clinic
Boston University School of Law

**Cori Alonso-Yoder**
Assistant Professor of Law
Director of the Immigration Clinic
University of Maryland Francis King Carey School of Law

**Philip Alston**
John Norton Pomeroy Professor of Law
New York University

---

[1] Institutional affiliation is provided for identification purposes only. The positions taken in this brief are those of *amici* alone and should not be attributed to any institution with which *amici* are or have been affiliated.

**Sandra L. Babcock**
Clinical Professor, Cornell Law School
Director, International Human Rights Clinic

**Aslı Ü. Bâli**
Professor of Law
Yale Law School

**Thomas B. Becker, Jr.**
Legal & Policy Director, University Network for Human Rights
Lecturer in Law, Columbia Law School

**Joseph Berra**
Human Rights in the Americas Director
UCLA Promise Institute for Human Rights

**Blaine Bookey**
Visiting Assistant Professor
University of California College of the Law, San Francisco
Legal Director, Center for Gender & Refugee Studies

**Christine Bustany**
Senior Lecturer in International Law
The Fletcher School of Law and Diplomacy
Tufts University

**Toby Cadman**
Barrister and Joint Head of Chambers Counsel
Guernica 37 Chambers

**Sandra Coliver**
Board Member
Guernica 37 Centre for International Justice

**Brian Concannon, Jr.**
Executive Director
Institute for Justice & Democracy in Haiti

**Avidan Cover**
Professor
Case Western Reserve University School of Law

**Pablo de Greiff**
Senior Fellow, Center for Human Rights and Global Justice
School of Law, New York University

**Christian M. De Vos**
Visiting Assistant Professor of Law
City University of New York School of Law

**Lisa Dicker**
Lecturer on Law
Harvard Law School

**William S. Dodge**
Lobingier Professor of Comparative Law and Jurisprudence
George Washington University Law School

**Susan H. Farbstein**
Clinical Professor of Law
Harvard Law School

**Alexandra V. Filippova**
Senior Staff Attorney
Institute for Justice & Democracy

**Kristina Fried**
Institute for Justice and Democracy in Haiti

**Tyler R. Giannini**
Clinical Professor of Law
Harvard Law School

**Denise Gilman**
Clinical Professor
Co-Director, Immigration Clinic
University of Texas School of Law

**Rebecca Hamilton**
Professor of Law
American University, Washington College of Law

**Hurst Hannum**
Professor Emeritus of International Law
Fletcher School of Law and Diplomacy
Tufts University

**Ellie Happel**
Adjunct Professor of Clinical Law
New York University School of Law

**Adil Haque**
Distinguished Professor of Law and Judge Jon O. Newman Scholar
Rutgers Law School

**Todd Howland**
Interim Director, Environmental Justice Clinic
Vermont Law and Graduate School

**Deena R. Hurwitz**
International Human Rights Lawyer

**Dr Richard Joyce**
Senior Lecturer, Melbourne Law School
University of Melbourne

**Francisco Rivera Juaristi**
Clinical Professor of Law
Santa Clara Law

**Ioannis Kalpouzos**
Visiting Professor
Harvard Law School

**Ashlynn Kendzior**
International Human Rights Lawyer

**John H. Knox**
Henry C. Lauerman Professor of International Law
Wake Forest University School of Law

**Daniel Levine-Spound**
Lecturer on Law
Harvard Law School

**Beatrice Lindstrom**
Lecturer on Law
Harvard Law School

**Darryl Li**
Associate Professor of Anthropology and Associate Member of the Law School
University of Chicago

**Bert Lockwood**
Distinguished Service Professor and Director, Urban Morgan Institute for Human Rights University of Cincinnati College of Law

**Rachel López**
James E. Beasley Professor of Law
Temple University Beasley School of Law

**Dr. Heidi Matthews**
Assistant Professor
Osgoode Hall Law School, York University

**Natasa Mavronicola**
Professor of Human Rights Law
University of Birmingham

**Wade McMullen**
Distinguished Fellow, Human Rights Institute
Georgetown University Law Center

**Grace Meng**
Executive Director, Epstein Program in Public Interest Law & Policy
UCLA School of Law

**Bonita Meyersfeld**
Professor
Wits University, School of Law, South Africa

**Chi Adanna Mgbako**
Clinical Professor of Law
Walter Leitner International Human Rights Clinic
Fordham Law School

**Saira Mohamed**
Agnes Roddy Robb Chair in Jurisprudence, Ethics, and Social Responsibility
Professor of Law
University of California, Berkeley School of Law

**Samuel Moyn**
Kent Professor of Law and History
Yale University

**Karen Musalo**
Bank of America Foundation Chair in International Law
Professor & Director, Center for Gender & Refugee Studies
U.C. Law, San Francisco

**Ruhan Nagra**
Associate Professor of Law
University of Utah S.J. Quinney College of Law

**Vasuki Nesiah**
Professor of Practice in Human Rights and International Law
The Gallatin School, NYU

**Fionnuala Ni Aolain**
Professor
The Queen's University of Belfast and the University of Minnesota Law School

**Chidi Anselm Odinkalu**
Professor of Practice, International Human Rights Law
Fletcher School of Law and Diplomacy
Tufts University

**Diane Orentlicher**
Professor Emerita
American University Washington College of Law

**Dinah R PoKempner**
Adjunct Professor, Columbia University
Former Consultant to the UN Special Rapporteur on Freedom of Expression
Former General Counsel, Human Rights Watch

**Emily A. Ray**
Clinical Fellow
Harvard Law School

**Dr Sophie Rigney**
Senior Lecturer, School of Law
The Royal Melbourne Institute of Technology (RMIT) University

**Naomi Roht-Arriaza**
Distinguished Professor of Law (emeritus)
University of California Law, San Francisco

**Cesare Romano**
Professor of Law
Loyola Law School

**Britton Schwartz**
Deputy Director, International Human Rights Clinic
Santa Clara University School of Law

**Carey Shenkman**
International Human Rights Lawyer

**Matiangai Sirleaf**
Nathan Patz Professor of Law
University of Maryland Francis King Carey School of Law

**Joseph R. Slaughter**
Director of the Institute for the Study of Human Rights
Columbia University

**David Sloss**
John A. and Elizabeth H. Sutro Professor of Law
Santa Clara University School of Law

**Stephan Sonnenberg**
Associate Professor of Practice
Wesleyan University

**Ralph G. Steinhardt**
Lobingier Professor of Comparative Law & Jurisprudence (emeritus)
The George Washington University Law School

**Maureen A. Sweeney**
Law School Professor
University of Maryland Carey School of Law

**Ryan Thoreson**
Associate Professor
University of Cincinnati College of Law

**Salma Waheedi**
International Human Rights Lawyer

**Deborah M. Weissman**
Reef C. Ivey II Distinguished Professor of Law
University of North Carolina at Chapel Hill

**Lynn Welchman**
Professor of Law
College of Law, SOAS University of London, UK

**Thomas Wilner**
International Human Rights Lawyer


Respectfully submitted,

DATED: September 17, 2025               /s/ Sarah H. Paoletti

                                        Sarah H. Paoletti*
                                           * *Counsel of Record*
                                        Transnational Legal Clinic
                                        University of Pennsylvania Carey Law School

3501 Sansom Street
Philadelphia, PA 19104
Tel: (215) 898-1097
paoletti@law.upenn.edu
(In her individual capacity)

Paul L. Hoffman
200 Pier Ave
Suite 226
Hermosa Beach, CA 90254
Tel: (424) 297-0114


*Counsel for Amici Curiae*

# COMBINED CERTIFICATIONS

1. Counsel Sarah H. Paoletti is a member in good standing of the Third Circuit. Counsel Paul L. Hoffman is a member in good standing of the California bar and will be seeking admission *pro hac vice* to this Court.

2. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(a), excluding the parts of the document exempted by Fed. R. App. P. 32(f), because this document contains 1266 words.

3. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

4. This motion is uncontested as counsel for each party has consented to filing.

5. On September 17, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the Clerk of the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I also certify that all participants are registered CM/ECF users and will be served via the CM/ECF system.

6. The text of the electronic version of this document is identical to the text of the paper copies that will be provided.

7. This document was scanned for viruses using Windows Defender and no virus was detected.

DATED: September 17, 2025          /s/ Sarah H. Paoletti

Sarah H. Paoletti
Transnational Legal Clinic
University of Pennsylvania
Carey Law School
3501 Sansom Street
Philadelphia, PA 19104
Tel: (215) 898-1097
paoletti@law.upenn.edu
(In her individual capacity)

*Counsel of Record for Amici Curiae*