# U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 & 25-2357

MAHMOUD KHALIL

v.

PRESIDENT, UNITED STATES OF AMERICA; DIRECTOR, NEW YORK FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN, ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,
Appellants

_____

Appeal from the U.S. District Court, D.N.J.
Judge Michael E. Farbiarz, No. 2:25-cv-01963

Before: HARDIMAN, BIBAS, and FREEMAN, *Circuit Judges*
Argued Oct. 21, 2025

JUDGMENT

This cause came to be considered on the record from the U.S. District Court for the District of New Jersey and was argued on October 21, 2025.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's orders entered on April 29, May 28, June 11, June 20, and July 17, 2025, are hereby **VACATED** and the case is **REMANDED** to the District Court with instructions to dismiss the petition for lack of subject-matter jurisdiction. Costs will be taxed against Appellee. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 15, 2026