UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2162 & No. 25-2357

MAHMOUD KHALIL

v.

PRESIDENT UNITED STATES OF AMERICA; DIRECTOR NEW YORK FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN ELIZABETH CONTRACT DETENTION FACILITY; DIRECTOR UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF HOMELAND SECURITY; SECRETARY UNITED STATES DEPARTMENT OF STATE; and ATTORNEY GENERAL UNITED STATES OF AMERICA,

Appellants

(D.N.J. No. 2:25-cv-01963)

Present: HARDIMAN, BIBAS and FREEMAN, Circuit Judges

1. Appellants' Motion for Clarification or Modification of Order Staying Mandate.

Respectfully,
Clerk/tmm

ORDER

The foregoing Motion is GRANTED in part and the Court's Order Staying the Mandate is clarified as follows:

> Issuance of this Court's Mandate is stayed for 90 days from the date the Court entered its order denying Mahmoud Khalil's Petition for Rehearing, which was on May 22, 2026. *See* Sup. Ct. R. 13(3). Further, should the United States Supreme Court grant a request by Mahmoud Khalil for an extension of time to file his Petition for Writ of Certiorari, issuance of this Court's mandate shall be stayed for an additional 30 days or for the duration of the extension from the Supreme Court, whichever period is shorter. If Mahmoud Khalil files a timely Petition for Writ of

Certiorari, this Court's mandate shall be stayed pending the Supreme Court's final disposition of that Petition. The parties are ordered to provide a status report to the Court immediately upon the expiration of the initial 90-day period and upon the filing of any request for an extension of time from the Supreme Court for filing a Petition for Writ of Certiorari.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: June 4, 2026
Tmm/cc: All Counsel of Record